```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION
```

```
MICHAEL JAMES HEAD,           :    PRISONER CIVIL RIGHTS
#0035846,                     :    42 U.S.C. § 1983
     Plaintiff,               :
                              :    CIVIL ACTION NO.
     v.                       :    1:14-CV-3987-TWT-ECS
                              :
MICHAEL ALBRIGHT,             :
     Defendant.               :
_____    _____

MICHAEL JAMES HEAD,           :    PRISONER CIVIL RIGHTS
#0035846,                     :    42 U.S.C. § 1983
     Plaintiff,               :
                              :
     v.                       :    CIVIL ACTION NO.
                              :    1:14-CV-3988-TWT-ECS
MEDICAL CARE PROVIDERS et al.,:
     Defendants.              :
```

### FINAL REPORT AND RECOMMENDATION

Michael James Head has failed to comply with this Court's Order directing him either to (1)(a) file amended complaints and (b)(i) pay the case initiation fees or (ii) request permission to proceed in forma pauperis or (2) file notices of voluntary dismissal by December 29, 2014, in each of the two cases listed in the caption. See [-3987 Doc. No. 2]; [-3988 Doc. No. 2]. That Order advised Mr. Head that failure to comply fully with its terms might result in the dismissal of these cases. See id.

Accordingly, the undersigned **RECOMMENDS** that each of the cases listed in the caption be **DISMISSED WITHOUT PREJUDICE** because Mr. Head failed to comply with a lawful order. See LR 41.3A(2), NDGa.

In the event that amended complaints from Mr. Head are docketed during the objection period for this Final Report and Recommendation, the Clerk is **DIRECTED** to resubmit these cases to the undersigned upon receipt of such filings.  Otherwise, the Clerk is **DIRECTED** to submit these cases to the Honorable Thomas W. Thrash, Jr. at the conclusion of the objection period.

The Clerk is **DIRECTED** to terminate the referral of this case to the undersigned.

**SO RECOMMENDED AND DIRECTED**, this 30th day of December, 2014.

>*S/ E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)