IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL JAMES HEAD,

   Plaintiff,

   v.

MEDICAL CARE PROVIDER, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:14-CV-3988-TWT

**ORDER**

     This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action for failure to comply with an Order of the Court. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

     SO ORDERED, this 11 day of February, 2015.

                               /s/Thomas W. Thrash
                               THOMAS W. THRASH, JR.
                               United States District Judge